United States District Court
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6

7    UNITED STATES OF AMERICA,

8              Plaintiff(s),                    No. CR 11-0083 PJH

9         v.                                    **ORDER**

10   FEI QIANG QIN,

11             Defendant(s).
                                        /
12

13        The court enters this order so that the parties may prepare their closing arguments

14   over the weekend with a clear understanding of what the jury instruction on deliberate

15   ignorance will be.  At today's hearing the discussion centered primarily on whether such an

16   instruction was warranted given the evidence at trial.  Defense counsel did, however, raise

17   an objection to the language contained in the instruction proposed by the government

18   based upon Ninth Circuit Model Instruction 5.7.  Having had a further opportunity to review

19   the instructions, the court agrees with defendant that the government has improperly

20   crafted the first element of the instruction.  Based upon the court's determination that a

21   rational jury could find that defendant was aware of a high probability that some of the

22   Dolby marks found on DVDs in his store were counterfeit, the court intends on giving an

23   instruction along these lines:

24        "You may find that the defendant knowingly used a counterfeit mark, specifically the

25   'Dolby Digital' mark, on or in connection with DVDs if you find beyond a reasonable doubt

26   that the defendant:

27        1.    was aware of a high probability that some of the Dolby marks on DVDs in his

28              store were counterfeit; and

**United States District Court**
For the Northern District of California

1      2.     deliberately avoided learning the truth.

2      You may not find such knowledge, however, if you find that defendant was simply

3  careless."

4      Defendant may still proffer his own instruction along these lines if he chooses.

5      **IT IS SO ORDERED.**

6  Dated: January 27, 2012

7

8                    PHYLLIS J. HAMILTON
                      United States District Judge